**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                    **CASE NO.  3:20-cr-00031-CWR-LGI**

**TED BRENT ALEXANDER**                                            **DEFENDANT**

## UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW**, Ted Brent Alexander, by and through undersigned counsel, and asks this Honorable Court for a continuance of the trial of this matter, currently scheduled for July 6, 2021 at 9:00 a.m. In support thereof, Defendant would show unto the Court the following:

1. An order was entered requiring that this case proceed to trial, set to begin on July 6, 2021;

2. Discovery in this matter is still being processed by the Government and has not been received by undersigned counsel. Additional time is needed to review the discovery and prepare for defense of this case at trial;

3. Undersigned counsel has conferred with counsel for the Government, Assistant United States Attorney Ted Cooperstein, and the Government has no objection to this request;

4. Your Defendant, after being fully advised of his rights pursuant to the Speedy Trial Act, hereby agrees to this request and specifically waives the time period covered by this continuance, if granted, and further states that the request is not for delay, but is in the interest of justice and fairness.

**WHEREFORE PREMISES CONSIDERED**, the Defendant respectfully requests

2

2

that this Motion for Continuance be received and considered by this Honorable Court and an Order issue granting continuance of the previously set-trial date and all related deadlines in this cause.

**RESPECTFULLY SUBMITTED**, this 2nd day of June, 2021.

/s/  J. *Matthew Eichelberger*
J. Matthew Eichelberger, MSB No. 101060
Counsel for Ted Brent Alexander
308 E. Pearl St., Suite 201
Jackson, MS. 39201
Telephone: 601-292-7940
Facsimile: 601-510-9103
matt@ike-law.com

## CERTIFICATE OF SERVICE

 I, J. Matthew Eichelberger, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

 **SO CERTIFIED**, this the 2nd day of June, 2021.

/s/ <i>J. Matthew Eichelberger</i><br>J. MATTHEW EICHELBERGER