## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                                                **CASE NO. 3:20-cr-00031-CWR-LGI**

**TED BRENT ALEXANDER**                                        **DEFENDANT**

## ENTRY OF APPEARANCE AS CO-COUNSEL

COMES NOW Jennie A. Eichelberger of the Eichelberger Law Firm, PLLC, and enters her appearance in this matter as co-counsel for the Defendant, Ted Brent Alexander, in the above-styled case.

RESPECTFULLY SUBMITTED, this the 16th day of June, 2021.

                                                   */s/ Jennie A. Eichelberger*
                                                   JENNIE A. EICHELBERGER
                                                   ATTORNEY FOR TED BRENT ALEXANDER

**OF COUNSEL:**

J. Matthew Eichelberger (MSBN 101060)
The Eichelberger Law Firm
308 E. Pearl Street, Suite 201
Jackson, Mississippi 39201
T: 601.292.7940
F: 601.510.9103
E: matt@ike-law.com
W: www.ike-law.com

Jennie A. Eichelberger (MSBN 102522)
The Eichelberger Law Firm
308 E. Pearl Street, Suite 201
Jackson, Mississippi 39201
T: 601.292.7940
F. 601.510.9103
E: jennie@ike-law.com
W. www.ike-law.com

## **CERTIFICATE OF SERVICE**

      I, Jennie A. Eichelberger, counsel for the Defendant, do hereby certify that I have this day filed the foregoing Entry of Appearance as Co-Counsel with the Clerk via the ECF system, which caused a true and correct copy of the same to be delivered to all counsel of record.

      This the 16th day of June, 2021.

                                                        */s/ Jennie A. Eichelberger*
                                                        Jennie A. Eichelberger