IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                  **CRIMINAL NO. 3:20-cr-00031-CWR-LGI**

**TED BRENT ALEXANDER and**
**JON DARRELL SEAWRIGHT**

### AGREED ORDER CONTINUING TRIAL SETTING AND RELATED DEADLINES

This cause is before the Court on the Motion of Defendant Ted Brent Alexander o continue the trial setting and other deadlines [37] due to Mr. Alexander's health issues. Neither the government or co-defendant Jon Darrell Seawright objects to the requested continuance.

The Court is mindful of the ongoing global pandemic and the complications arising therefrom. All cases filed in the Southern District of Mississippi remain subject to the Court's Special Orders, with specific protocols in place. The Court, having considered the Motion, finds that the Motion is well-taken and should be granted.

Having duly considered the factors articulated in 18 U.S.C. §3161(h)(7)(B), the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial in this cause and finds that the ends of justice are best served by granting the requested continuance. The Court further finds that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161. The Court also finds that the defendants have specifically waived any speedy trial objections arising or which may arise from this requested continuance.

IT IS THEREFORE ORDERED that the trial is continued to August 15, 2022, and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence. All corresponding deadlines, including dispositive and non-dispositive motion deadlines, are hereby reset and extended consistent with the new trial setting. The Court will set forth new deadlines in a separate order.

SO ORDERED, this the 3rd day of January, 2022.

*Carlton W. Reeves*
HONORABLE CARLTON W. REEVES
United States District Judge

AGREED:

*lsl Dave Fulcher*
DAVID H. FULCHER
Assistant United States Attorney

*lsl Kevin J. Payne*
KEVIN J. PAYNE
Assistant United States Attorney

*lsl Charles R. Mullins*
CHARLES R. MULLINS
Attorney for Defendant Jon Darrell Seawright

*lslMerrida (Buddy) Coxwell*
MÉRRIDA (BUDDY) COXWELL
Attorney for Defendant Jon Darrell Seawright

*lsl Jonathan Matthew Eichelberger*
JONATHAN MATTHEW EICHELBERGER
Attorney for Defendant Ted Brent Alexander